JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MAQUINALES,   ) | Case No. ED CV 13-1849-SP |
| Petitioner,   ) | |
| v.   ) | **JUDGMENT** |
| KIM HOLLAND, Warden,   ) | |
| Respondent.   ) | |

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: April 7, 2014

_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE